# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0099

VERSUS

ANDREW D. WETZEL                                      **APRIL 22, 2021**

---

In Re:     Andrew D. Wetzel, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           1077-F-2021.

---

**BEFORE:     WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

   **WRIT DENIED.** This court will not intervene in a proceeding where the applicant has not allowed sufficient time for the trial court to respond.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT